ACCEPTED
12-15-00140-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
6/10/2015 4:39:27 PM
CATHY LUSK
CLERK

| | |
|---|---|
| Appellate Docket Number: | 12-15-00140-CR |
| Appellate Case Style: Style: | Ronny Lee Williams |
| Vs. | State of Texas |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
6/10/2015 4:39:27 PM
CATHY S. LUSK
Clerk

| | |
|---|---|
| Companion Case: | 12-15-00139-CR |

Amended/corrected statement: ☐

# DOCKETING STATEMENT (Criminal)

Appellate Court: 12th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

## I. Appellant

| | |
|---|---|
| First Name: | Ronny |
| Middle Name: | Lee |
| Last Name: | Williams |
| Suffix: | |

Appellant Incarcerated?  ☒ Yes  ☐ No

Amount of Bond:

Pro Se: ◯

## II. Appellant Attorney(s)

☒ Lead Attorney

| | |
|---|---|
| First Name: | Noel |
| Middle Name: | Dade |
| Last Name: | Cooper |
| Suffix: | |

☒ Appointed          ☐ District/County Attorney
☐ Retained           ☐ Public Defender

| | |
|---|---|
| Firm Name: | Law Offices of Noel D. Cooper |
| Address 1: | 117 North Street, Suite 2 |
| Address 2: | |
| City: | Nacogdoches |
| State: | Texas          Zip+4: 75961-526 |
| Telephone: | (936) 564-9000     ext. |
| Fax: | (936) 715-6022 |
| Email: | noelcooper@noelcooper.com |
| SBN: | 00796397 |

Add Another Appellant/
Attorney

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|

**III. Appellee**

First Name: 

Middle Name: 

Last Name: 

Suffix: 

Appellee Incarcerated?  ☐ Yes  ☐ No

Amount of Bond: 

Pro Se: ○

**IV. Appellee Attorney(s)**

☒ Lead Attorney

First Name: Nicole

Middle Name: D.

Last Name: LoStracco

Suffix: 

☐ Appointed  ☒ District/County Attorney
☐ Retained  ☐ Public Defender

Firm Name: Nacogdoches County District Attorney

Address 1: 101 West Main St., Ste. 250

Address 2: 

City: Nacogdoches

State: Texas  Zip+4: 75961

Telephone: (936) 560-7766  ext. 

Fax: (936) 560-6036

Email: nlostracco@co.nacogdoches.tx.us

SBN: 00792906

Add Another Appellee/ Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Controlled Substances

Type of Judgment: Jury Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: May 19, 2015

Offense charged: Possession of Controlled Substance

Date of offense: September 11, 2013

Defendant's plea: Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?
☒ Yes  ☐ No

Was the trial by:  ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court: May 20, 2015

If mailed to the trial court clerk, also give the date mailed :



Punishment assessed: 20 years

Is the appeal from a pre-trial order?  ☐ Yes  ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?
☐ Yes  ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial:  ☒ Yes  ☐ No  If yes, date filed: June 4, 2015

Motion in Arrest of Judgment: ☒ Yes  ☐ No  If yes, date filed: June 4, 2015

Other:  ☐ Yes  ☒ No  If yes, date filed: 

If other, please specify: 

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed:  ☒ Yes  ☐ No  ☐ NA  If yes, date filed: 

Date of hearing:   ☒ NA

Date of order: May 20, 2015  ☐ NA

Ruling on motion:  ☒ Granted  ☐ Denied  ☐ NA  If granted or denied, date of ruling: May 20, 2015

## VIII. Trial Court And Record

Court: 145TH Judicial District Court

County: Nacogdoches

Trial Court Docket Number (Cause no): F1521685

Trial Court Judge (who tried or disposed of the case):

First Name: Navarro

Middle Name: Campbell

Last Name: Cox

Suffix: II.

Address 1: 101 W. Main St., Ste. 220

Address 2:

City: Nacogdoches

State: Texas    Zip + 4: 75961

Telephone: (93) 560-7799    ext.

Fax: (936) 560-7826

Email: campbell.cox@co.nacodoches.tx.us

Clerk's Record:

Trial Court Clerk: ☒ District    ☐ County

Was clerk's record requested? ☒ Yes ☐ No

If yes, date requested: Jun 4, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes ☐ No ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record? ☒ Yes ☐ No

Was reporter's record requested? ☒ Yes ☐ No

Was the reporter's record electronically recorded? ☐ Yes ☒ No

If yes, date requested: Jun 4, 2015

Were payment arrangements made with the court reporter/court recorder?    ☐ Yes ☐ No ☒ Indigent

---

☐ Court Reporter    ☐ Court Recorder
☒ Official    ☐ Substitute

First Name: Candace

Middle Name:

Last Name: Parke

Suffix:

Address 1: 101 W. Main St., Ste. 223

Address 2:

City: Nacogdoches

State: Texas    Zip + 4: 75961

Telephone: (936) 560-7799    ext.

Fax: (936) 560-7826

Email: cpark@co.nacogdoches.tx.us

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: _____    Court: _____

Style: _____

       Vs.    State of Texas

## X. Signature

_____
Signature of counsel (or Pro Se  Party)          Date: June 10, 2015

_____          State Bar No: 00796397
Printed Name:

Electronic Signature: /s/Noel D. Cooper          Name: _____
     (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on June 10, 2015 .

_____
Signature of counsel (or pro se party)          Electronic  Signature: /s/Noel D. Cooper
                                        (Optional)

                                       State Bar No.:    00796397

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:
                    (1) the date and manner of service;
                    (2) the name and address of each person served, and
                    (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: June 10, 2015

Manner Served: eServe

First Name: Nicole

Middle Name: D.

Last Name: LoStracco

Suffix:

Law Firm Name: Nacogdoches County District Attorney

Address 1: 101 West Main St., Ste. 250

Address 2:

City: Nacogdoches

State Texas             Zip+4: 75961

Telephone: (936) 560-7766      ext.

Fax: (936) 560-6036

Email: nlostracco@co.nacogdoches.tx.us

IN THE 145TH JUDICIAL DISTRICT COURT OF NACOGDOCHES COUNTY, TEXAS
CAMPBELL COX II, JUDGE PRESIDING

STATE OF TEXAS        *

VS        *      CAUSE NO. _F1320424_

Ronny Williams     *              _F1521685_

## ORDER APPOINTING COUNSEL

On this the _30th_ day of ___May___, _2015_, the Court finds that the

Defendant is in need of counsel to represent the appellant in the appeal of his case and hereby

appoints the Honorable ___Noel Cooper___, to represent the

Defendant.

Signed this the _20_ day of ___May___, _2015_.

_____
Campbell Cox II
Judge Presiding